UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG A. YOST,<br><br>                    Plaintiff,<br><br>     v.<br><br>ESTHER SALDANA NUNEZ, et al.,<br><br>                    Defendants. | CASE NO. C25-0918JLR<br><br>ORDER |

On May 15, 2025, Plaintiff Craig A. Yost filed an application to proceed *in forma pauperis* ("IFP") in this action. (IFP App. (Dkt. # 1).) In his IFP application, Mr. Yost reported his monthly expenses, his cash on hand, and his checking and savings account balances. (*See id.* at 1-2.) He left section three, which inquires about other sources of income, blank. (*See id.* at 2.) On May 29, 2025, United States Magistrate Judge S. Kate Vaughan entered an order concluding that Mr. Yost's IFP application as filed omitted information necessary for the court to assess his ability to pay court fees and costs and ordered Mr. Yost to file a revised IFP by June 18, 2025. (*See* 5/29/25 Min. Order (Dkt.

ORDER - 1

# 4) (describing the deficiencies).)  Mr. Yost, however, did not file a revised IFP application by the deadline.  (*See generally* Dkt.)  Accordingly, the court ORDERS Mr. Yost to show cause, by **July 9, 2025**, why his IFP application should not be denied.  Alternatively, Mr. Yost may submit a revised IFP application addressing the deficiencies identified in Magistrate Judge Vaughan's May 29, 2025 order by **July 9, 2025**.  Failure to respond to this order to show cause or to alternatively submit a revised application addressing the identified deficiencies by the deadline will result in the denial of Mr. Yost's IFP application and dismissal of this case.

Dated this 25th day of June, 2025.

JAMES L. ROBART
United States District Judge