UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG A. YOST,<br><br>               Plaintiff,<br>   v.<br><br>ESTHER SALDANA NUNEZ, et al.,<br><br>               Defendants. | CASE NO. C25-0918JLR<br><br>ORDER |

On May 15, 2025, *pro se* Plaintiff Craig A. Yost moved for leave to proceed *in forma pauperis* ("IFP") in this matter. (IFP Mot. (Dkt. # 1).) On May 29, 2025, Magistrate Judge S. Kate Vaughan ordered Mr. Yost to submit a revised IFP application by June 18, 2025, because his original IFP application omitted information necessary for the court to assess his ability to pay court fees and costs. (5/29/25 Order (Dkt. # 4).) Mr. Yost did not submit a revised IFP application by the deadline. (*See generally* Dkt.)

On June 25, 2025, the court ordered Mr. Yost to show cause why his IFP application should not be denied, or alternatively to submit a revised IFP application

ORDER - 1

addressing the deficiencies identified in Magistrate Judge Vaughan's May 29, 2025 order, by July 9, 2025. (OSC (Dkt. # 5).) The court warned Mr. Yost that failure to respond to the court's order to show cause or to alternatively submit a revised IFP application addressing the identified deficiencies by the deadline would result in the denial of his IFP application and dismissal of this case. (*Id.* at 2.)

Mr. Yost did not respond to the court's order to show cause or submit a revised IFP application. (*See generally* Dkt.) Accordingly, the court DENIES Mr. Yost's IFP motion (Dkt. # 1) and DISMISSES this case without prejudice.

Dated this 10th day of July, 2025.

JAMES L. ROBART
United States District Judge