UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG A. YOST,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ESTHER SALDANA NUNEZ, et al.,<br><br>　　　　　　Defendants. | CASE NO. C25-0918JLR<br><br>ORDER |

On July 10, 2025, the court dismissed this action without prejudice following *pro se* Plaintiff Craig A. Yost's failure to respond to the court's June 25, 2025 order to show cause why his application to proceed *in forma pauperis* ("IFP") should not be denied, or alternatively to submit a revised IFP application addressing the deficiencies identified in Magistrate Judge S. Kate Vaughan's May 29, 2025 order, by July 9, 2025. (OSC (Dkt. # 5); 5/29/25 Order (Dkt. # 4); 7/10/25 Order (Dkt. # 6) (dismissing case without prejudice); Judgment (Dkt. # 7).)

ORDER - 1

On July 12, 2025, Mr. Yost contacted the Clerk's office via email and stated that he was unable to respond to the court's order to show cause by the July 9, 2025 deadline because he was deployed with the U.S. Department of State at the Baghdad Diplomatic Support Center in Iraq, where "escalating hostilities between Israel and Iran have disrupted communications and logistics." He also attached a Department of State Staff Notice, dated June 23, 2025, stating that all mail services were suspended effective June 24, 2025 due to the closure of the airspace. Mr. Yost represents that he was scheduled to depart from Iraq on July 13, 2025, and requests that the court reopen his case and extend his deadline to submit a revised IFP application by 14 days.

In light of the circumstances, the court concludes that reopening Mr. Yost's case is appropriate. The court VACATES its July 10, 2025 order and judgment dismissing M. Yost's case (Dkt. ## 6, 7). The Clerk is DIRECTED to reopen this case and to email this order and a blank IFP form to Mr. Yost at YostCA@state.gov. The court GRANTS Mr. Yost's request to extend the deadline to submit a revised IFP application addressing the deficiencies identified in Magistrate Judge Vaughan's May 29, 2025 order by **July 30, 2025**. If Mr. Yost does not submit a revised IFP application by the deadline, the court will dismiss Mr. Yost's case without prejudice to refiling at a later date.

Dated this 16th day of July, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2