UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG A YOST,<br><br>              Plaintiff,<br><br>   v.<br><br>ESTHER SALDANA NUNEZ,<br><br>              Defendant. | Case No. C25-0918-JLR<br><br>ORDER GRANTING IFP |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkts. 9, 10, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 25th day of July, 2025.

                                                                                         *S. Kate Vaughan*

                                                                                    S. KATE VAUGHAN
                                                                                 United States Magistrate Judge

ORDER GRANTING IFP - 1