UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG A. YOST, | CASE NO. C25-0918JLR |
| Plaintiff, | ORDER |
| v. | |
| ESTHER SALDANA NUNEZ, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Craig A. Yost's motion for leave to file documents electronically through the court's Case Management/Electronic Case Filing ("CM/ECF") system. (Mot. (Dkt. # 31).) Under this District's Local Civil Rules, *pro se* parties are permitted to electronically file documents. *See* Local Rules W.D. Wash. LCR 5(d) ("Unrepresented parties may, but are not required to, electronically file documents.").

Accordingly, the court GRANTS Mr. Yost's motion (Dkt. # 31). The court observes that Mr. Yost has registered to electronically file documents and receive

ORDER - 1

1   electronic service in this case through the CM/ECF system.  (*See* Not. (Dkt. # 27).)  To

2   the extent Mr. Yost needs assistance accessing the court's CM/ECF system, he should

3   contact the CM/ECF Support Desk at (206) 370-8440 or cmecf@wawd.uscourts.gov.

4           Dated this 8th day of September, 2025.

5           _____

            JAMES L. ROBART
6           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2