UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG A. YOST,

           Plaintiff,

  v.

ESTHER SALDANA NUNEZ, et al.,

           Defendants.

CASE NO. C25-0918JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is *pro se* Plaintiff Craig Yost's application to proceed in *forma pauperis* ("IFP") on appeal. (App. (Dkt. # 38).) Mr. Yost need not, however, submit an application to proceed IFP on appeal. Instead, because he had IFP status in this action (*see* 7/25/25 Order (Dkt. # 11)), Mr. Yost "may proceed on appeal [IFP] without further authorization," unless this court certifies that his appeal is not taken in good faith or finds that he is otherwise not entitled to proceed IFP. Fed. R. App. P. 24(a)(3). The court does

MINUTE ORDER - 1

not find that Mr. Yost's appeal is not taken in good faith or that he is otherwise ineligible to proceed IFP on appeal. Therefore, the court GRANTS Mr. Yost's application to proceed IFP on appeal.

    Filed and entered this  14th  day of November, 2025.

                                 RAVI SUBRAMANIAN
                                 Clerk of Court

                                 s/ Ashleigh Drecktrah
                                 Deputy Clerk

MINUTE ORDER - 2